**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 99-cr-00212-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.    DON ALLEN UNDERWOOD**,

    Defendant.

---

**ORDER TO SET COMPLIANCE REVIEW HEARING
FOR NON-COMPLIANCE WITH SUPERVISED RELEASE**

---

Pursuant to the Petition for Compliance Review Hearing (Doc. # 176), dated February 26, 2010, a Compliance Review Hearing for non-compliance with supervised release regarding Defendant Don Allen Underwood is set for **Wednesday, March 17, 2010 at 3:00 p.m.** in Courtroom A602 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Defendant must be present at this hearing.

    DATED: March __08__, 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge